IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH MCCLENAHAN,<br><br>Defendant. | Case No.: CR 21–0244 HSG<br><br>**ORDER TO CONTINUE SENTENCING TO JANUARY 26, 2022** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing for defendant Joseph McClenahan currently scheduled for December 15, 2021, before Honorable Haywood S. Gilliam, Jr., is hereby continued to January 26, 2022, at 10:00 a.m. for sentencing.

**IT IS SO ORDERED.**

Dated:    11/17/2021

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge